APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

CASE NO.: 1:19CR16

v.

DATE: 5/6/19

Indivior, Inc. and Indivior, PLC

TYPE OF HEARING: Initial Appearance and Arraignment

*****************************************************************************

PARTIES:

1. Pamela Meade Sargent, USMJ
2. Randy Ramseyer
3. Tom Bondurant
4. Bruce Baird
5. Stephen Anthony
6. Giulia DiMarzo
7. Mark Crossley
8.
9.
10.

*****************************************************************************

Recorded by: Felicia Clark, FTR

Time in Court: 10:35 - 10:51 a.m.

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 10:35 | 1 | | | | | | | | |
| 10:36 | 1,3,4,7 | | | | | | | | |
| 10:37 | 1 | | | | | | | | |
| 10:38 | 1,2,7 | | | | | | | | |
| 10:41 | 1,2,7,4 | | | | | | | | |
| 10:42 | 2,7,4,1 | | | | | | | | |
| 10:46 | 1,2,4 | | | | | | | | |
| 10:47 | 1,2,4,7 | | | | | | | | |
| 10:50 | 1,2,4 | | | | | | | | |
| 10:51 | 1,2 | | | | | | | | |