# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>INDIVIOR INC. (a/k/a Reckitt Benckiser Pharmaceuticals, Inc.) and<br><br>INDIVIOR PLC<br><br>        Defendants. | Case No.: 1:19-CR-00016 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Criminal Procedure 12.4 and the May 15, 2000 Standing Order signed by Former Chief U.S. District Judge for the Western District of Virginia Samuel G. Wilson, Indivior, Inc. states that it is a nongovernmental corporate party incorporated in Delaware and is a wholly-owned subsidiary of Indivior Finance LLC, a Delaware corporation with its principal place of business in the United Kingdom. Indivior Finance LLC is a wholly-owned subsidiary of Indivior US Holdings Inc., a Delaware corporation. Indivior US Holdings Inc. is a Delaware corporation that is a wholly-owned subsidiary of RBP Global Holdings Limited, a private limited company registered in England and Wales. RBP Global Holdings Limited is a wholly-owned subsidiary of Indivior Global Holdings Limited, a private limited company registered in England and Wales. Indivior Global Holdings Limited is a wholly-owned subsidiary of Indivior PLC, a public limited company registered in England and Wales and listed on the London Stock Exchange. The following entities own 10% or more of the stock of Indivior PLC: Standard Life Aberdeen and Scopia Capital Management. No other publicly-held corporation or other publicly-

held entity has a direct financial interest in the outcome of the litigation. Indivior, Inc. is not a trade association.

Dated: June 4, 2019

Respectfully submitted,

INDIVIOR INC. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and INDIVIOR PLC

/s/Thomas J. Bondurant, Jr.
By Counsel

Thomas J. Bondurant, Jr.
**Gentry Locke**
10 Franklin Road SE
Roanoke, Virginia. 24022
(540) 983-9389
bondurant@gentrylocke.com

James P. Loonam (admitted *pro hac vice*)
**Jones Day**
250 Vesey Street
New York, New York 10281
(212) 326-3808
jloonam@jonesday.com

Peter J. Romatowski (admitted *pro hac vice*)
**Jones Day**
51 Louisiana Avenue NW
Washington, D.C. 20001
(202) 879-7625
pjromatowski@jonesday.com

Counsel for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

By: /s/Thomas J. Bondurant, Jr.
Counsel for Defendants