# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>INDIVIOR INC. (a/k/a Reckitt Benckiser )<br>   Pharmaceuticals Inc.) and )<br>INDIVIOR PLC ) | Case No. 1:19-CR-00016 |

## MOTION TO SEAL

The United States of America ("United States") hereby moves for an order sealing its Motion for Conflict of Interest Inquiry (submitted to the Court this same day) ("Motion") until further order of the Court, for the following reason. In the Motion, for the sole purpose of providing the Court with sufficient information to conduct a conflicts inquiry, the United States describes certain arguments defense counsel articulated in pre-indictment discussions and negotiations. Defense counsel may wish to seek to have these discussions kept confidential. Accordingly, the United States asks that the Motion be filed under seal to allow defense counsel an opportunity to notify the Court of their reasons, if any, for the Motion to remain under seal.

                                              Respectfully submitted,

                                              DANIEL P. BUBAR
                                              Attorney for the United States, Acting Under
                                              Authority Conferred by 28 U.S.C. § 515

                                              /s/ Albert P. Mayer, VSB No. 86024
                                              Carol L. Wallack
                                              Garth W. Huston
                                              Randy Ramseyer
                                              Kristin L. Gray
                                              Joseph S. Hall
                                              Janine M. Myatt
                                              United States Attorney's Office
                                              180 West Main Street
                                              Abingdon, VA 24210

Tel: (276) 628-4161
Fax: (276) 628-7399
Email: USAVAW.ECFAbingdon@usdoj.gov

**CERTIFICATE OF SERVICE**

      I certify that on June 19, 2019, I electronically filed the foregoing Motion to Seal with the Clerk of Court via the CM/ECF system, which will send notification of the filing to all counsel of record in this matter.

                                                            /s/ Albert P. Mayer, VSB No. 86024