CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUL - 1 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:19cr00016

INDIVIOR INC. (a/k/a Reckitt Benckiser
  Pharmaceuticals Inc.) and
INDIVIOR PLC

### ORDER ON CONSENT

Upon the motion of the defendants and with the consent of the United States, this Court's sealing order of June 19, 2019 (Dkt. 73) is hereby modified in accordance with the terms set forth in Defendants' Motion for Entry of Order on Consent. The proceedings on the United States' Motion for Conflict of Interest Inquiry shall otherwise be and remain under seal until any further Motion of a party, Response by the adverse party, and further Order of the Court.

ENTER: this 28th day of June, 2019.

By: _____
United States District Judge