

# GENTRY LOCKE
### Attorneys

Thomas J. Bondurant, Jr.
bondurant@gentrylocke.com
P: (540) 983-9389
F: (540) 983-9400

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUL 23 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Chambers of Judge Jones
RECEIVED

JUL 23 2019

United States District Court
Abingdon, Virginia

July 22, 2019

**By FedEx**

James P. Jones, U.S. District Judge
United States District Court
Abingdon Division
180 West Main Street
Abingdon, VA 24210

Re: *USA v. Indivior Inc. et al.*
1:19-cr-00016-JPJ-PMS
**FILING UNDER SEAL**

Dear Judge Jones:

As requested, we have enclosed for filing under seal unredacted versions of Defendants' Memorandum in Support of Motion to Dismiss the Indictment for Alleging the Conviction of "Doctor D" to Prove the Guilt of Indivior, and the Declaration of James Loonam (with its accompanying exhibits). Redacted versions of the Memo, the Declaration, and the Declaration Exhibits have been filed publicly as ECF Doc #82.

We have forwarded to you by e-mail a Word version of the Order granting the Motion to Seal.

If you have any questions or need anything else, please do not hesitate to give us a call.

Very truly yours,

GENTRY LOCKE

Thomas J. Bondurant, Jr.

TJB:slr
Enclosures

cc: Randy Ramseyer, AUSA (by Fedex, with enclosures)