CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUL 29 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:19cr00016

INDIVIOR INC. (a/k/a Reckitt Benckiser
  Pharmaceuticals Inc.) and
INDIVIOR PLC

### ORDER GRANTING DEFENDANTS' MOTION FOR A ONE-WEEK EXTENSION OF TIME TO RESPOND TO DE 74

Upon motion of the Defendants Indivior Inc. and Indivior plc, based on the record herein and for good cause shown, it is hereby ORDERED that the Defendants' time to respond to DE 74 (Motion for Conflict of Interest Inquiry) is extended to August 7, 2019.

Entered: July 29, 2019

/s/ Pamela Meade Sargent
United States Magistrate Judge

23059/1/8949920v1