# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3808
jloonam@jonesday.com

JP024329    August 1, 2019

CM/ECF

The Honorable Pamela Meade Sargent
Magistrate Judge
U.S. District Court, Western District of Virginia
180 West Main Street
Suite 123
Abingdon, VA 24210

Re:    United States v. Indivior Inc. et al., 1:19-cr-0016 (JPJ)(PMS)

Dear Judge Sargent:

The defendants, Indivior Inc. and Indivior plc (collectively "Indivior"), respectfully submit this letter as discussed during the status conference held on July 31, 2019, to update the Court on technical issues we experienced accessing the discovery produced to date by the government. From Indivior's point of view, there are no outstanding technical issues that require the assistance of the Court to resolve. The technical issues that interfered with Indivior's access to the electronic data produced by the government so far have been resolved.[1] We do have some technical questions about the manner that the government processed the data it produced to Indivior, which go to the issue of what certain data sets represent. We believe, however, that the remaining technical questions can be resolved by the continuing dialogue between the parties.

Apart from technical issues regarding access to data, we are also in discussion with the government about the scope and adequacy of the discovery provided to date. We will attempt to resolve those scope and adequacy issues expeditiously through negotiation. If that cannot be achieved, we will bring such issues to the Court's attention as soon as possible.

---

[1] There is one encrypted hard drive produced by the government that we have been unable to access, but understand from the government that it does not have a password to unencrypt the data and that the government itself has never accessed the encrypted portions of the hard drive.

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

Respectfully submitted,


/s/    James P. Loonam
By Counsel

Thomas J. Bondurant, Jr.
**Gentry Locke**
10 Franklin Road SE
Roanoke, Virginia. 24022
(540) 983-9389
bondurant@gentrylocke.com

Jennifer S. DeGraw
**Gentry Locke**
10 Franklin Road SE
Roanoke, Virginia. 24022
(540) 983-9445
degraw@gentrylocke.com

James P. Loonam (admitted *pro hac vice*)
**Jones Day**
250 Vesey Street
New York, New York 10281
(212) 326-3808
jloonam@jonesday.com

Peter J. Romatowski (admitted *pro hac vice*)
**Jones Day**
51 Louisiana Avenue NW
Washington, D.C. 20001
(202) 879-7625
pjromatowski@jonesday.com