# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | 1:19cr00016 |
| INDIVIOR INC., (a/k/a Reckitt Benckiser Pharmaceuticals Inc.), and INDIVIOR PLC, Defendants | |

It is **ORDERED** that each counsel of record in this case shall, within 48 hours from the time and date of entry of this Order, review any redacted pleading or attachment which has been filed on the public docket in this matter under his or her CM/ECF account to determine whether the document contains improperly redacted grand jury materials or information. If any such document contains improperly redacted grand jury materials or information, counsel shall immediately notify the Clerk's Office so the court may take remedial action. Each counsel of record shall, within seven days of the date of entry of this Order, file with the court a statement that such review has been conducted and listing the results of such review. In particular, if counsel's review revealed that any previous filing contained improperly redacted grand jury materials or information, counsel should include an explanation of how this occurred and what, if any, steps have been taken to ensure that it will not occur again.

The Clerk shall provide a copy of this Order by email to all counsel of record.

**ENTERED:** September 12, 2019.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE