IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 1:19cr00016

INDIVIOR INC. (a/k/a Reckitt Benckiser
     Pharmaceuticals Inc.) and
INDIVIOR PLC

## THOMAS J. BONDURANT, JR. STATEMENT OF REVIEW OF REDACTIONS

In accordance with the Court's September 12, 2019 Order (Dkt. #141), Thomas J. Bondurant, counsel for Indivior Inc. and Indivior PLC, states as follows:

1. I have reviewed all filings made by me in the above-referenced matter.

2. I have filed three docket entries with redactions, which I believe to be the only redacted filings by defense counsel in this case: #82 – Brief/Memorandum in Support by Indivior Inc., Indivior PLC re 81 MOTION to Dismiss; #135 – REPLY TO RESPONSE to Motion by Indivior Inc., Indivior PLC re 81 MOTION to Dismiss *(Defendants' Redacted Reply Memo in Support of Motion to Dismiss the Indictment)*; and #138 – Amended REPLY TO RESPONSE to Motion by Indivior Inc., Indivior PLC re 81 MOTION to Dismiss *(Redacted)*.

3. Docket Entry #82 was filed on July 19, 2019, and has been properly redacted.

4. Docket Entry #135 was filed on September 9, 2019, and inadvertently contained improper redactions. This Docket Entry is the subject of the Court Order dated September 11, 2019 and will be answered by Jones Day.

5. Per the Clerk's Office's instruction, we filed Docket Entry #138, which was the same document as #135 but with correctly-applied redactions. The Clerk's Office then blocked public access to #135.

6. The pleadings in this case result from a collaborative effort between Jones Day and Gentry Locke. While Jones Day usually produces the final version of the pleading, Gentry Locke has reviewed all Defense pleadings for content prior to filing. In all future filings by Gentry Locke, the review process will be expanded to include testing for proper redaction.

Dated: September 13, 2019          Respectfully submitted,

INDIVIOR INC. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and INDIVIOR PLC

/s/ Thomas J. Bondurant, Jr.
By Counsel

Thomas J. Bondurant (VSB No. 18894)
**Gentry Locke**
10 Franklin Road SE
Roanoke, Virginia. 24022
(540) 983-9389
bondurant@gentrylocke.com

Jennifer S. DeGraw (VSB No. 89962)
**Gentry Locke**
10 Franklin Road SE
Roanoke, Virginia. 24022
(540) 983-9445
degraw@gentrylocke.com

Leigh A. Krahenbuhl (admitted *pro hac vice*)
**Jones Day**
77 West Wacker Drive
Chicago, Illinois 60601
(312) 269-1524
lkrahenbuhl@jonesday.com

James P. Loonam (admitted *pro hac vice*)
**Jones Day**
250 Vesey Street
New York, New York 10281
(212) 326-3808
jloonam@jonesday.com

Peter J. Romatowski (admitted *pro hac vice*)
**Jones Day**
51 Louisiana Avenue NW
Washington, D.C. 20001
(202) 879-7625
pjromatowski@jonesday.com

Counsel for Defendants

23059/1/9012022v2

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record, on this 13th of September, 2019.

/s/ Thomas J. Bondurant, Jr.
Counsel for Defendants