IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

       v.                                     CASE NO. 1:19cr00016

INDIVIOR INC. (a/k/a Reckitt Benckiser
      Pharmaceuticals Inc.) and
INDIVIOR PLC

## JENNIFER S. DEGRAW STATEMENT OF REVIEW OF REDACTIONS

Per the Court's September 12, 2019 Order (Dkt. #141), Jennifer S. DeGraw, counsel for Indivior Inc. and Indivior PLC, states as follows:

1.     I have reviewed all filings (Dkt. #55 and #98) made by me in the above-referenced matter.

2.     I have not filed any redacted documents in this matter.

- 1 -

Dated: September 13, 2019

Respectfully submitted,

INDIVIOR INC. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and INDIVIOR PLC

/s/ Jennifer S. DeGraw
By Counsel

Thomas J. Bondurant (VSB No. 18894)
**Gentry Locke**
10 Franklin Road SE
Roanoke, Virginia. 24022
(540) 983-9389
bondurant@gentrylocke.com

Jennifer S. DeGraw (VSB No. 89962)
**Gentry Locke**
10 Franklin Road SE
Roanoke, Virginia. 24022
(540) 983-9445
degraw@gentrylocke.com

Leigh A. Krahenbuhl (admitted *pro hac vice*)
**Jones Day**
77 West Wacker Drive
Chicago, Illinois 60601
(312) 269-1524
lkrahenbuhl@jonesday.com

James P. Loonam (admitted *pro hac vice*)
**Jones Day**
250 Vesey Street
New York, New York 10281
(212) 326-3808
jloonam@jonesday.com

Peter J. Romatowski (admitted *pro hac vice*)
**Jones Day**
51 Louisiana Avenue NW
Washington, D.C. 20001
(202) 879-7625
pjromatowski@jonesday.com

Counsel for Defendants

23059/1/9012025v1

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record, on this 13th of September, 2019.

/s/ Jennifer S. DeGraw
Counsel for Defendants