IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

**UNITED STATES OF AMERICA**

        v.                          CASE NO. 1:19cr00016

**INDIVIOR INC. (a/k/a Reckitt Benckiser**
       **Pharmaceuticals Inc.) and**
**INDIVIOR PLC**

## JONES DAY'S STATEMENT OF REVIEW OF REDACTIONS

Per the Court's September 12, 2019 Order (Dkt. #141), each of the undersigned attorneys at Jones Day, counsel for Indivior Inc. and Indivior PLC, states that they have reviewed the public docket in this matter and no Jones Day attorney has filed any redacted document in this matter under his or her CM/ECF account.

Dated: September 13, 2019             Respectfully submitted,

/s/ Georgina N. Druce
Georgina N. Druce (admitted *pro hac vice*)
**Jones Day**
250 Vesey Street
New York, NY 10281-1047
(212) 326-3421
gdruce@jonesday.com

/s/ James M. Gross
James M. Gross (admitted *pro hac vice*)
**Jones Day**
250 Vesey Street
New York, NY 10281-1047
(212) 326-3733
jgross@jonesday.com

/s/ Leigh A. Krahenbuhl
Leigh A. Krahenbuhl (admitted *pro hac vice*)
**Jones Day**
77 West Wacker Drive
Chicago, Illinois 60601
(312) 269-1524
lkrahenbuhl@jonesday.com

/s/ James P. Loonam
James P. Loonam (admitted *pro hac vice*)
**Jones Day**
250 Vesey Street
New York, New York 10281
(212) 326-3808
jloonam@jonesday.com

23059/1/9012022v1

| | |
|---|---|
| /s/ Peter J. Romatowski | /s/ James R. Wooley |
| Peter J. Romatowski (admitted *pro hac vice*) | James R. Wooley (admitted *pro hac vice*) |
| **Jones Day** | **Jones Day** |
| 51 Louisiana Avenue NW | 901 Lakeside Avenue |
| Washington, D.C. 20001 | Cleveland, OH 44114-1190 |
| (202) 879-7625 | (216) 586-7345 |
| pjromatowski@jonesday.com | jrwooley@jonesday.com |

*Counsel for Defendants*

23059/1/9012022v1

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record, on this 13th of September, 2019.

/s/ James R. Wooley
James R. Wooley
Counsel for Defendants