# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

**By ECF**

September 16, 2019

The Honorable James P. Jones
United States District Court
Western District of Virginia, Abingdon Division
180 West Main Street
Abingdon, VA 24210

The Honorable Pamela M. Sargent
United States District Court
Western District of Virginia, Abingdon Division
180 West Main Street
Abingdon, VA 24210

Re: United States v. Indivior Inc. et al., No. 1:19-cr-00016-JPJ-PMS

Dear Judge Jones and Judge Sargent:

Pursuant to the Court's September 12, 2019 Order (ECF No. 141), attorneys of record Bruce A. Baird, Stephen P. Anthony, Christopher M. Denig, Matthew F. Dunn, Ligia M. Markman, and Giulia M. di Marzo of the firm Covington & Burling LLP on behalf of Defendants in the above captioned case write to confirm that each has reviewed all documents filed on the public docket in this matter under his or her CM/ECF account and confirm that none of his or her filings contain redactions. Each attorney of record named above has affixed his or her signature or, if not physically present to provide such signature, has consented to the affixing of his e-signature to this letter as confirmation of his or her review of his or her filings, which are enumerated beside each attorney's name below, and the aforementioned result.

Respectfully submitted,

Bruce A. Baird (*pro hac vice*)/ECF Nos. 28, 32, 38
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
202-662-5122
Fax: 202-778-5122
Email: bbaird@cov.com

COVINGTON
The Honorable James P. Jones
The Honorable Pamela M. Sargent
September 16, 2019
Page 2

/s/ Stephen P. Anthony
Stephen P. Anthony  (*pro hac vice*)/ECF No. 29
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
202-662-5105
Fax: 202-778-5105
Email: santhony@cov.com


Christopher M. Denig  (*pro hac vice*)/ECF No. 31
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
202-662-6000
Fax: 202-778-5325
Email: cdenig@cov.com


/s/ Matthew F. Dunn
Matthew F. Dunn  (*pro hac vice*)/ECF No. 30
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
202-662-5314
Fax: 202-778-5314
Email: mdunn@cov.com


Ligia M. Markman  (*pro hac vice*)/ECF No. 25
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
202-662-5068
Email: lmarkman@cov.com

*[signature: Giulia di Marzo]*

Giulia M. di Marzo  (*pro hac vice*)/ECF No. 26
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
202-662-5625
Fax: 202-778-5625
Email: gdimarzo@cov.com

*Counsel for Defendants*