UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:19-cr-00016 |
| INDIVIOR INC. (a/k/a Reckitt Benckiser | ) |
| Pharmaceuticals Inc.) and | ) |
| INDIVIOR PLC | ) |

**STATEMENT OF NO REDACTION ERRORS**

The United States of America ("United States") responds to the Court's Order of September 12, 2019 (Doc. 141) as follows.

1. We have not filed redacted documents under our CM/ECF accounts in this matter.

/s/ Daniel P. Bubar, First Assistant U.S. Attorney

/s/ Kristin L. Gray, Special Assistant U.S. Attorney

/s/ Joseph S. Hall, Special Assistant U.S. Attorney

/s/ Garth W. Huston, Special Assistant U.S. Attorney

/s/ Janine M. Myatt, Special Assistant U.S. Attorney

/s/ Randy Ramseyer, Assistant U.S. Attorney

/s/ Carol L. Wallack, Trial Attorney, Dept. of Justice

2. I have reviewed all redacted pleadings and attachments filed under my CM/ECF account in this matter, and confirmed that none contains improperly redacted grand jury materials or information.

/s/ Albert P. Mayer, Trial Attorney, Dept. of Justice

Respectfully submitted,

DANIEL P. BUBAR
First Assistant United States Attorney
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

/s/ Albert P. Mayer, VSB No. 86024
Kristin L. Gray
Joseph S. Hall
Garth W. Huston
Janine M. Myatt
Randy Ramseyer
Carol L. Wallack
United States Attorney's Office
180 West Main Street
Abingdon, VA 24210
Tel:    (276) 628-4161
Fax:   (276) 628-7399
Email: albert.p.mayer@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on September 17, 2019, I electronically filed the foregoing Statement of No Redaction Errors with the Clerk of Court via the CM/ECF system, which will send notification of the filing to all counsel of record in this matter.

/s/ Albert P. Mayer, VSB No. 86024