# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
|                            ) | |
| v.                         ) | |
|                            ) | Case No. 1:19-cr-00016 |
| INDIVIOR INC. (a/k/a Reckitt Benckiser ) | |
|   Pharmaceuticals Inc.) and          ) | |
| INDIVIOR PLC                         ) | |

### UNITED STATES' MOTION FOR LEAVE TO FILE SUR-REPLY REGARDING INDIVIOR'S MOTION TO DISMISS THE INDICTMENT

The United States of America ("United States") requests leave to file a sur-reply of no more than three pages to the "Reply Memorandum in Support of Motion to Dismiss the Indictment for Compound Grand Jury Misconduct" (Doc. 134) ("Reply") of Defendants Indivior Inc. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and Indivior plc (collectively, "Indivior"), to address inaccuracies regarding grand jury panels raised for the first time in Indivior's Reply.

Respectfully submitted,

DANIEL P. BUBAR
First Assistant United States Attorney
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515

/s/ Albert P. Mayer, VSB No. 86024
Randy Ramseyer
Kristin L. Gray
Joseph S. Hall
Garth W. Huston
Janine M. Myatt
Carol L. Wallack
United States Attorney's Office
180 West Main Street
Abingdon, VA 24210
Tel:   (276) 628-4161
Fax:   (276) 628-7399
Email: albert.p.mayer@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on September 18, 2019, I electronically filed the foregoing Motion for Leave to File Sur-reply Regarding Indivior's Motion to Dismiss the Indictment with the Clerk of Court via the CM/ECF system, which will send notification of the filing to all counsel of record in this matter.

/s/ Albert P. Mayer, VSB No. 86024