CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

SEP 19 2019

JULIA C. DUDLEY, CLERK
BY: /s/ _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>INDIVIOR INC. (a/k/a Reckitt Benckiser )<br>    Pharmaceuticals Inc.) and )<br>INDIVIOR PLC ) | Case No. 1:19-CR-00016 |

## ORDER

Upon motion of the United States, based on the record herein and for good cause shown, it is hereby ORDERED that the United States' Motion for Leave to File Sur-reply Regarding Indivior's Motion to Dismiss the Indictment is GRANTED.

ENTER: September 19, 2019

                                            /s/ _____
                                        United States District Judge