IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:19cr00016

INDIVIOR INC. (a/k/a Reckitt Benckiser
    Pharmaceuticals Inc.) and
INDIVIOR PLC

### DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO GOVERNMENT'S SUR-REPLY REGARDING MOTION TO DISMISS THE INDICTMENT FOR COMPOUND GRAND JURY MISCONDUCT

Defendants Indivior Inc. and Indivior PLC ("Indivior") respectfully request leave to file a brief response to the government's Sur-Reply Regarding Indivior's Motion to Dismiss the Indictment (ECF No. 157), filed under seal on September 19, 2019, to address the record that contradicts representations made by the government in its Sur-Reply. We have consulted with the government and it takes no position on this motion.

| | |
|---|---|
| Dated: September 25, 2019 | Respectfully submitted, |
| | INDIVIOR INC. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and INDIVIOR PLC |
| | /s/ Thomas J. Bondurant, Jr.  <br>By Counsel |
| | Thomas J. Bondurant (VSB No. 18894)  <br>**Gentry Locke**  <br>10 Franklin Road SE  <br>Roanoke, Virginia. 24022  <br>(540) 983-9389  <br>bondurant@gentrylocke.com |
| | Jennifer S. DeGraw (VSB No. 89962)  <br>**Gentry Locke** |

- 1 -

23059/1/9029753v1

10 Franklin Road SE
Roanoke, Virginia. 24022
(540) 983-9445
degraw@gentrylocke.com

James M. Gross (admitted *pro hac vice*)
**Jones Day**
250 Vesey Street
New York, New York 10281
(212) 326-3733
jgross@jonesday.com

James P. Loonam (admitted *pro hac vice*)
**Jones Day**
250 Vesey Street
New York, New York 10281
(212) 326-3808
jloonam@jonesday.com

Peter J. Romatowski (admitted *pro hac vice*)
**Jones Day**
51 Louisiana Avenue NW
Washington, D.C. 20001
(202) 879-7625
pjromatowski@jonesday.com

James R. Wooley (admitted *pro hac vice*)
**Jones Day**
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-7345
jrwooley@jonesday.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record, on this 25th day of September, 2019.

/s/ Thomas J. Bondurant, Jr.
Counsel for Defendants