# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

## CRIMINAL MINUTES - GENERAL MINUTES

Case No.: 1:19CR16     Date: 10/1/19

**Defendant:** Indivior, Inc., et al

**Counsel:** Tom Bondurant
**Counsel:** James Gross
**Counsel:** James Loonam
**Counsel:** James Wooley
**Counsel:** Leigh Krahenbuhl

PRESENT:
- JUDGE: Pamela Meade Sargent   TIME IN COURT: 11:29 – 12:37=1 hr 8 min
- Deputy Clerk: Ella Surber
- Court Reporter: Ella Surber, FTR
- U. S. Attorney: Randy Ramseyer ; Albert Mayer; Carol Wallack; Janine Myatt; Kristin Gray; Garth Huston
- USPO: None Present
- Case Agent: None Present
- Interpreter: N/A

PROCEEDINGS:
Status conference held via conference call; Court takes up DE 136 Motion for Bill of Particulars and DE 117 Motion to Compel; argument presented; motions taken under advisement .