APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

CASE NO.: 1:19CR16

v.

DATE: 10/1/19

INDIVIOR, INC., ET AL.

TYPE OF HEARING: STATUS CONFERENCE

**************************************************************************

PARTIES:

1. Pamela Meade Sargent, USMJ      6. James Wooley
2. Tom Bondurant                   7. James Gross
3. James Loonam                    8. Leigh Krahenbuhl
4. Randy Ramseyer                  9. _____
5. Albert Mayer                    10. _____

**************************************************************************

Recorded by: ELLA SURBER                Time in Court: 11:29 - 12:37

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 11:29 | 1,4,6 | 12:03 | 6,1 | | | | | | |
|  | 1,2 |  | 4,1 | | | | | | |
|  | 1,4 | 12:10 | 6,1 | | | | | | |
| 11:36 | 1,6 |  | 4,1,6 | | | | | | |
| ↓ |  | ↓ |  | | | | | | |
| 11:51 | 4,1 | 12:33 | 5,1,6,4 | | | | | | |
| ↓ |  |  |  | | | | | | |
|  | 5 |  |  | | | | | | |
| 11:55 | 1,4 |  |  | | | | | | |
| ↓ |  |  |  | | | | | | |
|  | 1,6 |  |  | | | | | | |
| 11:59 | 4 |  |  | | | | | | |
|  | 6,1 |  |  | | | | | | |
| 12:02 | 4,1 |  |  | | | | | | |