# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:19CR00016 |
| | ) | |
| v. | ) | **ORDER RE SCHEDULING** |
| | ) | |
| | ) | |
| **INDIVIOR INC., ET AL.,** | ) | By:  James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

The jury trial of this case is set for May 11, 2020, through June 26, 2020. The parties are advised that during that time period the court will not be available for trial proceedings on the following dates:

Monday, May 18 through Wednesday, May 20

Monday, May 25 (federal holiday)

Wednesday, June 3 through Friday, June 5

Monday, June 8 through Friday, June 12.

It is so **ORDERED**.

ENTER:   February 24, 2020

/s/  JAMES P. JONES
United States District Judge