*Attachment 4 to Resolution Agreement*
*United States v. Indivior Inc. and Indivior plc*                                                                                               <u>**Tolling Agreement**</u>

# STATUTE OF LIMITATIONS
# TOLLING AGREEMENT

This Statute of Limitations Tolling Agreement ("Agreement") is entered into between Indivior plc; Indivior Inc. (fka Reckitt Benckiser Pharmaceuticals Inc. and/or RB Pharmaceuticals Ltd); Indivior US Holdings Inc. (fka RBP US Holdings Inc.); Indivior US Holdings Inc. and Subs (fka RBP US Holdings Inc. and Subs); Indivior Solutions Inc. (fka Reckitt Benckiser Pharmaceuticals Solutions Inc.); Indivior Global Holdings Ltd (fka RBP Global Holdings Ltd); RBP Global Holdings Ltd.; Indivior Pty Ltd (fka RB Pharmaceuticals Pty Ltd); Indivior UK Limited (fka RB Pharmaceuticals Limited); Indivior Finance S.A.R.L.; Indivior Finance (2014) LLC; Indivior Finance (2015) S.A.R.L.; Indivior Finance Sarl; RB Pharmaceuticals (EU) Ltd; RB Pharmaceuticals France SAS; Indivior France SAS; RB Pharmaceuticals (Deutschland) GmbH; Indivior Canada Ltd.; RBP Canada Ltd.; Reckitt Benckiser Healthcare (South Africa) Pty Ltd; Indivior Ireland (Investments) Ltd.; Indivior Deutschland GmbH;; Indivior Israel Ltd.; Indivior EU Limited; Indivior Nordics ApS; Indivior Hrvatska d.o.o.; Indivior Schweiz AG; Indivior Espana S.L.U.; Indivior Portugal Unipessoal LDA; Indivior Nederland B.V.; Indivior Austria GmbH; Indivior Belgium SPRL; Indivior Cesko S.R.O.; Indivior (Beijing) Pharmaceutical Information Consulting Co., Ltd.; Indivior Europe Limited; Indivior Middle East FZ_LLC; Indivior Italia S.r.l. and Reckitt Benckiser (Italia) S.R.L. (collectively referred to as "INDIVIOR") and the United States of America, by and through its counsel, the United States Attorney's Office for the Western District of Virginia ("USAO") and the Consumer Protection Branch of the Civil Division of the U.S. Department of Justice ("CPB").

A.    This Agreement has been entered into to effect provisions of a Resolution Agreement and provide INDIVIOR and INDIVIOR's counsel an opportunity to present information they believe may be relevant to the USAO and CPB's decision-making process regarding INDIVIOR. INDIVIOR, INDIVIOR's counsel, the USAO, and CPB acknowledge that it is their mutual intention for this Agreement to effect a waiver and tolling of the statutes of limitations for violations of federal law described in paragraph B below.

B.    This Agreement applies to any and all federal criminal offenses relating, in any way, to the development, marketing, and sales of Suboxone and/or Subutex. Such violations of federal law include, but are not necessarily limited to, violations of 21 U.S.C. §§ 331, 841 and 846; 26 U.S.C. § 7201, 7206, and 7212; 31 U.S.C. § 3729; 18 U.S.C. §§ 286, 287, 371, 1001, 1035, 1341, 1343, 1347, 1348, 1349, 1956, 1957, and 1962; and 42 U.S.C. § 1320a-7b.

C.    The parties to this Agreement now agree and stipulate that the period beginning on April 11, 2014, and continuing until and including (i) 5 (five) years and 46 (forty-six) days after the signing of the Resolution Agreement or (ii) 46 (forty-six) days

*Attachment 4 to Resolution Agreement*
*United States v. Indivior Inc. and Indivior plc*                                                                                                 <u>**Tolling Agreement**</u>

after the final payment is made pursuant to the Resolution Agreement, whichever is later ("Exclusion Period") shall be forever excluded from any calculation of time for purposes of the application of any federal statute of limitations to any violation of federal law described in paragraph B above.

      D.    The parties to this Agreement further agree and stipulate that the Exclusion Period shall not be considered or assessed against the United States for purposes of any constitutional, statutory, or other challenge involving a claim of delay relating to any violation of federal law described in paragraph B above.

      E.    INDIVIOR, having been advised by counsel of the potential consequences of this Agreement to INDIVIOR's rights under the Fifth and Sixth Amendments of the United States Constitution, the federal statutes of limitations, and Rule 48(b) of the Federal Rules of Criminal Procedure, expressly waives INDIVIOR's right to raise any defense based on the failure of a federal grand jury or the United States to charge INDIVIOR with any violation of federal law described in paragraph B above, during the Exclusion Period or any delay related to any trial as to such charges.

      F.    It is understood by the parties to this Agreement that nothing in this Agreement revives any criminal or civil charges for which the applicable statute of limitations ran prior to April 11, 2014.

      G.    The act of entering into this Agreement does not constitute an admission by INDIVIOR of any wrongdoing; it has been entered into for the sole purpose of effectuating the Resolution Agreement entered into between INDIVIOR and further discussions and the exchange of information with the USAO and CPB. This Agreement and its contents are admissible in evidence in any proceeding solely for the purpose of establishing that INDIVIOR voluntarily agreed to a tolling of applicable statutes of limitations. The Agreement is inadmissible for any other purpose.

      H.    Except as otherwise stated herein, this Agreement does not limit or affect the right or discretion of the USAO or CPB or any other component of the U.S. Department of Justice, to bring criminal charges against INDIVIOR for violation of any federal law described in paragraph B above, or any other violation of law, at any time.

*Attachment 4 to Resolution Agreement*
*United States v. Indivior Inc. and Indivior plc*

**Tolling Agreement**

### Seen and Agreed to:

**Indivior Inc.**
**Indivior plc**

BY: _____[signature]_____  DATE  7/24/20
   Javier Rodriguez
   *Authorized Corporate Representative*
   *for INDIVIOR*

_____[signature]_____  DATE  7/24/20
James R. Wooley
*Counsel for INDIVIOR*

_____[signature]_____  DATE  7/24/20
Thomas W. Beimers
*Counsel for INDIVIOR*

The United States Attorney's Office for the Western District of Virginia:

BY: _____[signature]_____  DATE  July 24, 2020
   Randy Ramseyer
   *Assistant United States Attorney*

*Exhibit A (Attachment 4) to Plea Agreement*
*United States v. Indivior Solutions, Inc.*

Authorized Corporate Officer's Initials: [initials]

Page 3 of 3