*Attachment 5 to Resolution Agreement*
*United States v. Indivior Inc. and Indivior plc*

Order Compelling Compliance

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| INDIVIOR INC. (a/k/a Reckitt Benckiser Pharmaceuticals Inc.) and INDIVIOR PLC, Defendants | ) ) ) ) |

Case No. 1:19cr00016

### AGREED ORDER COMPELLING COMPLIANCE WITH RESOLUTION AGREEMENT

A Federal Grand Jury of this District returned a Superseding Indictment charging Indivior Inc. and Indivior plc (collectively, "Defendants") with conspiracy and engaging in schemes to defraud, in violation of 18 U.S.C. §§ 1349, 1347, 1341 and 1343. The United States and the Defendants (collectively, "the Parties") have entered into an agreement to resolve this matter by way of a guilty plea, to be entered in this Court, by Defendants' affiliate, Indivior Solutions, Inc.; a Resolution Agreement between the United States and the Defendants (attached as Exhibit A); and a motion to dismiss the pending Superseding Indictment, to be made by the United States upon the Court's acceptance of the guilty plea and entry of this order. The Parties agree the Court has (a) jurisdiction over the subject matter, Parties, and Resolution Agreement, and (b) authority to enter and enforce this order.

Pursuant to the Resolution Agreement, the Parties agree that upon the Court entering an order compelling the Defendants to comply with the terms of the Resolution Agreement, the United States will move to dismiss the pending Superseding Indictment.

Accordingly, based on the agreement of the Parties and for good cause shown, the Defendants and any successors in interest are hereby ORDERED to fully comply with the terms of the Resolution Agreement.

The Court may impose any sanction it deems appropriate for any violation of a term of the Resolution Agreement and/or this Order. Also, any violation of a term of the Resolution Agreement and/or this Order by Defendants or any successor may be punished as contempt of court, including, but not limited to, criminal contempt, in violation of Title 18, United States Code, Section 401.

If a proceeding in this Court pursuant to this Order is predicated solely upon non-payment, the Court will consider whether any payment would cause INDIVIOR to (a) violate an existing debt covenant the holder(s) will not forbear, forgive, or otherwise extend, or (b) incur a negative going concern or viability assessment by its auditors as required by any applicable domestic or foreign corporate governance code, accounting standard, or related rule or regulation. The Court may consider these as factors excusing or mitigating any non-payment.

Nothing in this order prevents INDIVIOR from requesting accommodation from the United States of INDIVIOR's financial condition, or prevents the United States from granting any accommodation; however, nothing in this order requires the United States to consider or grant any accommodation.

Entered this __12__ day of __November__, 2020.

*/s/ James P. Jones*
Hon. James P. Jones
United States District Judge

Exhibit A (Attachment 5) to Plea Agreement
United States v. Indivior Solutions, Inc.

Authorized Corporate Officer's Initials: GR

Page 2 of 3

*Attachment 5 to Resolution Agreement*
*United States v. Indivior Inc. and Indivior plc*

<u>**Order Compelling Compliance**</u>

## Seen and Agreed to:

**Indivior Inc.**
**Indivior plc**

BY: _____  DATE 7/24/20
Javier Rodriguez
*Authorized Corporate Representative*
*for Indivior Inc. and Indivior plc*

_____  DATE 7/24/20
James R. Wooley
*Counsel for Indivior Inc. and Indivior plc*

_____  DATE 7/24/20
Thomas W. Beimers
*Counsel for Indivior Inc. and Indivior plc*

**The United States Attorney's Office for the Western District of Virginia:**

BY: _____  DATE July 24, 2020
Randy Ramseyer
*Assistant United States Attorney*